**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                      No. C 14-1795 SI (pr)

PAUL A. WILLIAMS,                      **ORDER**

        Petitioner.

_____/

      Paul A. Williams wishes to challenge his state court criminal conviction. Rather than filing a petition for writ of habeas corpus, he filed a motion requesting a stay and abeyance while he exhausts state court remedies. The court will not consider the requested stay and abeyance until the petitioner first files a petition for writ of habeas corpus. The appropriateness of a stay and abeyance depends on, among other things, whether the petition appears timely, whether the petition presents any exhausted claims, and what claims the petitioner is seeking to exhaust in state court – and the court needs to see the petition to make these determinations. Petitioner must file a petition for writ of habeas corpus no later than **September 26, 2014.** If petitioner does not file a petition for writ of habeas corpus by that date, this action will be dismissed.

      Petitioner also must pay the filing fee or file a completed *in forma pauperis* application no later than **September 26, 2014**.

      IT IS SO ORDERED.

DATED: August 26, 2014

                                                                    _____
                                                                      SUSAN ILLSTON
                                                                United States District Judge